SCPW-18-0000750

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

GALINA OGEONE, Petitioner,

vs.

THE HONORABLE JEFFREY P. CRABTREE, Judge of the Circuit Court of the First Circuit, State of Hawaiʻi, Respondent Judge,

and

DENTIST LESLIE AU, Respondent.

ORIGINAL PROCEEDING
(CIV. NOS. 16-1-1347-7 and 16-1-1348-7)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Galina Ogeone's petition for writ of mandamus, filed on October 2, 2018, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner is not entitled to the requested extraordinary writ. Petitioner may seek relief, as appropriate, in her pending appeals in the Intermediate Court of Appeals (CAAP-18-0000449 and CAAP-18-0000624). See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately

the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, October 10, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson